**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael R. Collins <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-13272 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank National Association, as Trustee, in trust on behalf of the JPMAC 2006-CW1 Trust and index same on the master mailing list.

      Respectfully submitted,

      **/s/ Matteo S. Weiner, Esquire**
      Matteo S. Weiner, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322 FAX (215) 627-7734