# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 17-13272-MDC

MICHAEL R COLLINS

646 WEST SPRINGFIELD ROAD

SPRINGFIELD, PA 19064

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MICHAEL R COLLINS

646 WEST SPRINGFIELD ROAD

SPRINGFIELD, PA 19064

Counsel for debtor(s), by electronic notice only.

DIANE E BARR, ESQUIRE
LAW OFFICE OF DIANE E BARR
4206 CHESTNUT ST - 1ST FLR
PHILADELPHIA, PA 19104-

Date: 11/28/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee