Certificate Number: 14912-PAE-DE-035775622

Bankruptcy Case Number: 17-13272



14912-PAE-DE-035775622

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2021, at 5:52 o'clock PM EDT, Michael Collins completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 21, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor